1

2

3

4

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

5

6   EMPLOYEE PAINTERS TRUST HEALTH
    & WELFARE FUND,

7

8                    Plaintiff,

9         vs.                                                    C06-1775 JCC

10  CONTRACT DECORATORS OF IDAHO,                        **MINUTE ORDER**
    INC. Et al.,

11                                                       **REASSIGNING CASE**
                     Defendant.

12

13

14        Pursuant to the Amended General Order entered by the Chief Judge on

15  November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United

16  States District Judge.

17        All future documents filed in this case must bear the cause number C06-1775 JCC and

18  bear the Judge's name in the upper right hand corner of the document.

19

20

21

22

23                    Dated this 30th day of January, 2007

24

25                    BRUCE RIFKIN
                      Clerk of Court

26

27                    by: /s/   PETER H. VOELKER
                             Peter H. Voelker, Deputy Clerk

28